

FILED

10/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0440

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0440

MATTHEW THIBERT,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

ORDER

FILED

OCT 2 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Matthew Thibert represents himself and moves this Court to amend his submitted brief with amended information. Counsel for the State of Montana has not filed a response. We point out that this Court received the Cascade County District Court record on October 13, 2021, and that briefing has not yet begun.

Thibert seeks to include information about the District Court's action in denying his motions in an August 16, 2021 Order. He explains that the District Court "summarily denied all the petitioner['] motions," and contends that the court incorrectly used the Uniform District Court Rules because he included a brief with his motions.

Thibert appeals this August 16, 2021 Order Re: Petitioner's Motions. Upon review of the record, we conclude that this appeal is not properly before this Court. Section 46-21-203, MCA. On May 27, 2020, Thibert filed his petition for postconviction relief in the District Court and moved for appointment of counsel. The petition and motion were filed in his underlying criminal case.[1] The court denied Thibert's motion for counsel in November 2020. The State sought additional time to file a response to Thibert's petition after the court had issued several *Gillham* Orders and allowed additional time to file. *In re Gillham*, 216 Mont. 279, 281-82, 704 P.2dd 1019, 1020 (1985). The State filed its response on April 15, 2021. During the interim, Thibert submitted at least nine motions,

---

[1] Depending upon the District Court, a petition for postconviction relief may be filed under a new civil cause number or, as in the Cascade County District Court, the document is filed under the original criminal cause number.

requesting default judgment or to strike. A new presiding judge issued an order denying Thibert's pending motions on August 16, and two days later, the State filed a notice of issue concerning the pending petition for postconviction relief as well as the court-ordered responses. Thibert filed a notice of appeal with this Court on September 7, 2021. The District Court has not had an opportunity to issue a decision on Thibert's petition for postconviction relief. Section 46-21-201(6), MCA. When Thibert receives a final judgment concerning his petition for postconviction relief from the District Court, he may seek an appeal with this Court. Section 46-21-203, MCA. Therefore,

IT IS ORDERED that *sua sponte* this appeal is DISMISSED without prejudice.

IT IS FURTHER ORDERED that Thibert's Motion to Amend His Submitted Brief with Amended Information is DENIED, as moot.

The Clerk of the Supreme Court is directed to close this case as of this Order's date and to return the record to the Clerk of District Court.

The Clerk is also directed to provide a copy of this Order to: Tina Henry, Clerk of Court, under Cause No. DDC-16-453(a); counsel of record, and Matthew Thibert.

DATED this _26_ day of October, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2